U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

NOV -7 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| EDDIE JOE BUSH | CIVIL ACTION NO: 13-0452 |
| VERSUS | JUDGE DONALD E. WALTER |
| FRED PHARIS, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendations of the Magistrate Judge previously filed herein [Docs. # 45, 46, 47, and 48], and after an independent review of the record, including written objections filed by the Plaintiff, and determining that the findings of the Magistrate Judge are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against all named defendants are **DISMISSED WITH PREJUDICE** for failure to state claims upon which relief may be granted.

To the extent the Plaintiff requests the court to issue a declaration regarding his contractual rights (a state law matter), the court declines to exercise supplemental jurisdiction. The clerk is instructed to close this matter.

**THUS DONE AND SIGNED**, this 6th day of November, 2013.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE